ACCEPTED
04-15-00222-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 9:10:50 AM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-15-00222-CV

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE FOURTH COURT |
| CARLOS AGUILAR, | § | OF APPEALS |
| DECEASED | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 9:10:50 AM
KEITH E. HOTTLE
Clerk

_____

### APPELLEES' NOTICE OF FILING REPORTER'S RECORD
_____

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

**NOW COMES** Clarissa Aguilar, as the sole surviving parent and Next Friend of Carlos Aguilar, Jr., Alyssa Aguilar, Andrew Aguilar, Marcus Aguilar, and Kaylee Aguilar, Minor Children (hereinafter "Movants"), and gives notice to the Court of the filing of the Reporter's Record for the May 26, 2015 hearing in 2012-PB4-000048-L2, the trial court case for In the Estate of Carlos Aguilar, deceased, on Movant's Motion for Contempt against Vanessa Arce and Her Counsel. The record, which is referenced in Appellee's Reply to Appellant's Response to Motion for Sanctions, is attached as Exhibit A.

Respectfully submitted,

BY: "/s/ Ronald Rodriguez"
Ronald Rodriguez
State Bar No. 00788306
ron@ronaldrodriguez.com
Willard Clark
State Bar No. 24087307
will@ronaldrodriguez.com
The Law Offices of Ronald Rodriguez
A Professional Corporation
915 Victoria Street
Laredo, Texas 78040
Tel: (956) 796-1000
Fax: (956) 796-1002

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record on this July 22, 2015, in accordance with the Texas Rules of Civil Procedure.

"/s/ Ronald Rodriguez"